# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
Ricky A Zoller § Case No. 13-29184
Colleen R Zoller §
§
§
Debtors §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 07/22/2013 . The undersigned trustee was appointed on 06/17/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 30,000.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 1,042.00 |
| Bank service fees | | 441.20 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 28,516.80 |

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 11/14/2013 and the deadline for filing governmental claims was 01/21/2014 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 3,750.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 3,750.00 , for a total compensation of $ 3,750.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 18.82 , for total expenses of $ 18.82 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/08/2018            By: /s/ Joji Takada, Chapter 7 Trustee
                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 13-29184 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Ricky A Zoller | | | | Date Filed (f) or Converted (c): | 07/22/2013 (f) |
| | Colleen R Zoller | | | | 341(a) Meeting Date: | 08/13/2013 |
| For Period Ending: | 01/08/2018 | | | | Claims Bar Date: | 11/14/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 25440 Spring St. Mahattan Il 60442. Value Is Based On Sale | 187,000.00 | 0.00 | | 0.00 | FA |
| 2. 1060-1 Rt 12 Galien Michigan. Wife And Husband Each Have A | 48,000.00 | 48,000.00 | | 30,000.00 | FA |
| 3. Chase Checking Account | 2,500.00 | 0.00 | | 0.00 | FA |
| 4. Chase Savings | 300.00 | 0.00 | | 0.00 | FA |
| 5. Various Used Household Goods And Possessions | 3,000.00 | 2,141.00 | | 0.00 | FA |
| 6. Various Used Books And Pictures | 100.00 | 0.00 | | 0.00 | FA |
| 7. Various Used Clothes | 200.00 | 0.00 | | 0.00 | FA |
| 8. Various Used Costume Pieces And Wedding Rings | 1,000.00 | 0.00 | | 0.00 | FA |
| 9. Local #73 Pension | 0.00 | 0.00 | | 0.00 | FA |
| 10. 2010 Nissan Altima 4 Dr Sedan 2.5L. 40,000 Miles. Value Via | 10,643.00 | 0.00 | | 0.00 | FA |
| 11. 2009 Chevy Malibu Ls. 70,000 Miles. Valued Via Kbb On 6/20 | 6,998.00 | 0.00 | | 0.00 | FA |
| 12. 2008 Saturn Ion 2 4Dr. 100,000 Miles. Value Via Kbb On 6/2 | 2,166.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $261,907.00    $50,141.00    $30,000.00    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Case inherited from M. Berland; Evaluating jointly-owned vacation real estate in Michigan. - Joji Takada 11/30/2014

Compromised with joint-owner re interest in Michigan vacation real estate; Joint-owner to make payments to estate in the amount of $30,000.00. - Joji Takada 4/7/2015

Joint-owner continuing to make installment payments. - Joji Takada 8/24/2015

Joint-owner continuing to make installment payments. - Joji Takada 11/30/2015

Settlement payments received; Accountant hired; Tax return pending - Joji Takada 6/24/2016

Tax returns filed; Awaiting 60 day prompt determination. - Joji Takada 11/20/2016

Resolving tax return issues. - Joji Takada 2/5/2017

Resolving tax return issues. - Joji Takada 7/1/2017

Prepare TFR. - Joji Takada 9/15/2017

TFR with UST review. - Joji Takada 12/15/2017

Exhibit A

Initial Projected Date of Final Report (TFR): 07/22/2016     Current Projected Date of Final Report (TFR): 12/30/2017

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                      Exhibit B

| Case No: | 13-29184 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|
| Case Name: | Ricky A Zoller | Bank Name: | Associated Bank |
| | Colleen R Zoller | Account Number/CD#: | XXXXXX0049 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX2674 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 01/08/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/26/15 | 2 | Richard Sleboda | Installment payment re compromise of estate's interest in real estate | 1110-000 | $20,000.00 | | $20,000.00 |
| 04/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $19,990.00 |
| 04/28/15 | 2 | Richard Sleboda | Installment payment re compromise of Michigan real estate | 1110-000 | $1,000.00 | | $20,990.00 |
| 05/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.90 | $20,961.10 |
| 06/05/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $31.16 | $20,929.94 |
| 06/08/15 | 2 | Richard Sleboda | Installment Payment Installment re compromise of Michigan property | 1110-000 | $1,500.00 | | $22,429.94 |
| 07/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $31.76 | $22,398.18 |
| 07/10/15 | 2 | Richard Sleboda | Installment payment re compromise of rental real estate | 1110-000 | $2,000.00 | | $24,398.18 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.41 | $24,362.77 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $36.22 | $24,326.55 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.00 | $24,291.55 |
| 10/20/15 | 2 | Richard Sleboda | Installment Payment Compromise re Michigan real estate | 1110-000 | $1,000.00 | | $25,291.55 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $36.69 | $25,254.86 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $36.33 | $25,218.53 |

Page Subtotals:      $25,500.00      $281.47

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 13-29184 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Ricky A Zoller | Bank Name: Associated Bank |
| Colleen R Zoller | Account Number/CD#: XXXXXX0049 |
| | Checking |
| Taxpayer ID No: XX-XXX2674 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/08/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $37.49 | $25,181.04 |
| 02/03/16 | 2 | Richard Sleboda | Proceeds from sale Final installment re sale of right title and interest in Michigan real property | 1110-000 | $4,500.00 | | $29,681.04 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $37.44 | $29,643.60 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $40.79 | $29,602.81 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $44.01 | $29,558.80 |
| 12/23/16 | 1001 | Michigan Department of Treasury Department 781041 PO Box 78000 Detroit, Michigan 48278-1041 | Tax payment Bankruptcy estate income tax | 2810-000 | | $1,042.00 | $28,516.80 |

| | | |
|---|---|---|
| COLUMN TOTALS | $30,000.00 | $1,483.20 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $30,000.00 | $1,483.20 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $30,000.00 | $1,483.20 |

Page Subtotals:    $4,500.00    $1,201.73

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0049 - Checking | $30,000.00 | $1,483.20 | $28,516.80 |
| | $30,000.00 | $1,483.20 | $28,516.80 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $30,000.00 |
| Total Gross Receipts: | $30,000.00 |

Page Subtotals:                                    $0.00              $0.00

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-29184
Case Name: Ricky A Zoller
           Colleen R Zoller
Trustee Name: Joji Takada, Chapter 7 Trustee

| Balance on hand | $ | 28,516.80 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joji Takada | $ 3,750.00 | $ 0.00 | $ 3,750.00 |
| Trustee Expenses: Joji Takada | $ 18.82 | $ 0.00 | $ 18.82 |
| Accountant for Trustee Fees: Callero and Callero LLP | $ 1,211.25 | $ 0.00 | $ 1,211.25 |
| Other: Michigan Department of Treasury | $ 1,042.00 | $ 1,042.00 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses        $   4,980.07
Remaining Balance                                              $  23,536.73

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 65,353.59 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 36.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Sallie Mae | $ 19,683.19 | $ 0.00 | $ 7,088.79 |
| 2 | N. A. Capital One Bank (Usa) | $ 2,937.29 | $ 0.00 | $ 1,057.85 |
| 3 | Capital One N. A. | $ 665.16 | $ 0.00 | $ 239.55 |
| 4 | Ecast Settlement Corporation, Assignee | $ 1,365.02 | $ 0.00 | $ 491.60 |
| 5 | Ecast Settlement Corporation, Assignee | $ 3,486.75 | $ 0.00 | $ 1,255.73 |
| 6 | Aspire Resources Inc On Behalf | $ 14,457.09 | $ 0.00 | $ 5,206.64 |
| 7 | Ecast Settlement Corporation, Assignee | $ 7,263.79 | $ 0.00 | $ 2,616.01 |
| 8 | American Infosource Lp As Agent For | $ 5,426.85 | $ 0.00 | $ 1,954.45 |
| 9 | Capital Recovery V, Llc | $ 6,125.21 | $ 0.00 | $ 2,205.96 |
| 10 | Capital Recovery V, Llc | $ 1,649.68 | $ 0.00 | $ 594.12 |
| 11 | Capital Recovery V, Llc | $ 148.08 | $ 0.00 | $ 53.34 |
| 12 | N. A. Capital One | $ 2,145.48 | $ 0.00 | $ 772.69 |
| | Total to be paid to timely general unsecured creditors | | | $ 23,536.73 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 10,627.91  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 13 | Us Dept Of Education | $ 10,627.91 | $ 0.00 | $ 0.00 |
|  | Total to be paid to tardy general unsecured creditors |  |  | $ 0.00 |
|  | Remaining Balance |  |  | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE