# UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | |
|---|---|
| In Re: § | |
| § | |
| Ricky A Zoller § | Case No. 13-29184 |
| Colleen R Zoller § | |
| § | |
| Debtors § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joji Takada, Chapter 7 Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 203,541.00                    Assets Exempt: 10,366.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 23,575.48     Claims Discharged
                                                Without Payment: 530,313.02

Total Expenses of Administration: 6,424.52

---

3) Total gross receipts of $ 30,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 30,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 285,236.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 6,463.27 | 6,424.52 | 6,424.52 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 247,821.00 | 75,684.50 | 75,684.50 | 23,575.48 |
| **TOTAL DISBURSEMENTS** | $ 533,057.00 | $ 82,147.77 | $ 82,109.02 | $ 30,000.00 |

4) This case was originally filed under chapter 7 on 07/22/2013 . The case was pending for 68 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/13/2019             By:/s/Joji Takada, Chapter 7 Trustee
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1060-1 Rt 12 Galien Michigan. Wife And Husband Each Have A | 1110-000 | 30,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$30,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ally Financial 200 Renaissance Ctr Detroit, MI 48243 | | 5,955.00 | NA | NA | 0.00 |
| | Chase Po Box 24696 Columbus, OH 43224 | | 270,836.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nissan Motor Acceptanc Po Box 660360 Dallas, TX 75266 | | 8,445.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 285,236.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joji Takada | 2100-000 | NA | 3,750.00 | 3,750.00 | 3,750.00 |
| Joji Takada | 2200-000 | NA | 18.82 | 18.82 | 18.82 |
| Associated Bank | 2600-000 | NA | 441.20 | 441.20 | 441.20 |
| Michigan Department of Treasury | 2810-000 | NA | 1,042.00 | 1,042.00 | 1,042.00 |
| Callero and Callero LLP | 3410-000 | NA | 1,211.25 | 1,172.50 | 1,172.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 6,463.27** | **$ 6,424.52** | **$ 6,424.52** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AES/Lehman Brothers Ba Aes/Ddb Po Box 8183 Harrisburg, PA 17105 | | 0.00 | NA | NA | 0.00 |
| | Amex Dsnb Po Box 8218 Mason, OH 45040 | | 0.00 | NA | NA | 0.00 |
| | Bk Of Amer Attn: Correspondence Unit/CA6-919-02-41 Po Box 5170 Simi Valley, CA 93062 | | 0.00 | NA | NA | 0.00 |
| | Cap1/bstby Po Box 30253 Salt Lake City, UT 84130 | | 2,074.00 | NA | NA | 0.00 |
| | Capital 1 Bank Attn: Bankruptcy Dept. Po Box 30285 Salt Lake City, UT 84130 | | 2,843.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital 1 Bank Attn: Bankruptcy Dept. Po Box 30285 Salt Lake City, UT 84130 | | 0.00 | NA | NA | 0.00 |
| | Chase 3900 Westerre Pkwy Suite 301 Richmond, VA 23223 | | 15,245.00 | NA | NA | 0.00 |
| | Chase 3900 Westerre Pkwy Suite 301 Richmond, VA 23223 | | 14,075.00 | NA | NA | 0.00 |
| | Chase Auto Attn:National Bankruptcy Dept Po Box 29505 Phoenix, AZ 85038 | | 0.00 | NA | NA | 0.00 |
| | Chase Bank One Card Serv Elgin, IL 60124 | | 0.00 | NA | NA | 0.00 |
| | Chase Manhattan Mortga Attn: Bankruptcy Dept 3415 Vision Dr Columbus, OH 43219 | | 0.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 7,175.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 1,312.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Po Box 15298 Wilmington, DE 19850 | | 3,376.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Chase Po Box 24696 Columbus, OH 43224 | | 0.00 | NA | NA | 0.00 |
| | Citibank Sd, Na Attn: Centralized Bankruptcy Po Box 20363 Kansas City, MO 64195 | | 16,553.00 | NA | NA | 0.00 |
| | Citibank Sd, Na Attn: Centralized Bankruptcy Po Box 20363 Kansas City, MO 64195 | | 22,165.00 | NA | NA | 0.00 |
| | Creditors Protection S Po Box 4115 Rockford, IL 61101 | | 109.00 | NA | NA | 0.00 |
| | Creditors Protection S Po Box 4115 Rockford, IL 61101 | | 0.00 | NA | NA | 0.00 |
| | Crown Mortgage Corp 6131 W. 95th Oak Lawn, IL 60453 | | 0.00 | NA | NA | 0.00 |
| | Dsnb Macys Po Box 8218 Mason, OH 45040 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ford Motor Credit Corporation Ford Motor Credit Po Box 6275 Dearborn, MI 48121 | | 0.00 | NA | NA | 0.00 |
| | G M A C P O Box 380901 Bloomington, MN 55438 | | 0.00 | NA | NA | 0.00 |
| | GECRB/AquaVantage Attn: Bankruptcy Po Box 103104 Roswell, GA 30076 | | 0.00 | NA | NA | 0.00 |
| | GECRB/JC Penny Attention: Bankruptcy Po Box 103104 Roswell, GA 30076 | | 110.00 | NA | NA | 0.00 |
| | Gecrb/Lowes Attention: Bankruptcy Department Po Box 103104 Roswell, GA 30076 | | 1,580.00 | NA | NA | 0.00 |
| | GECRB/Walmart Walmart/GEMB Po Box 103104 Roswell, GA 30076 | | 6,011.00 | NA | NA | 0.00 |
| | Hsbc Bank Po Box 30253 Salt Lake City, UT 84130 | | 0.00 | NA | NA | 0.00 |
| | Hsbc/bstby Po Box 30253 Salt Lake City, UT 84130 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Hsbc/rs Po Box 30253 Salt Lake City, UT 84130 | | 0.00 | NA | NA | 0.00 |
| | Kohls/capone N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | 618.00 | NA | NA | 0.00 |
| | Ksa Servicing Po Box 90759 Raleigh, NC 27675 | | 14,103.00 | NA | NA | 0.00 |
| | Ksaservicing Po Box 90759 Raleigh, NC 27675 | | 14,103.00 | NA | NA | 0.00 |
| | Ntb/cbsd CitiCards Private Label Bankruptcy Po Box 20483 Kansas City, MO 64195 | | 0.00 | NA | NA | 0.00 |
| | Sallie Mae Attn: Claims Department Po Box 9500 Wilkes-Barre, PA 18773 | | 19,953.00 | NA | NA | 0.00 |
| | Target N.b. Po Box 673 Minneapolis, MN 55440 | | 0.00 | NA | NA | 0.00 |
| | Td Bank Usa/targetcred Po Box 673 Minneapolis, MN 55440 | | 5,232.00 | NA | NA | 0.00 |
| | Us Dept Of Ed/glelsi Po Box 7860 Madison, WI 53707 | | 10,447.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Us Dept Of Education Attn: Borrowers Service Dept Po Box 5609 Greenville, TX 75403 | | 0.00 | NA | NA | 0.00 |
| | Us Dept Of Education Attn: Borrowers Service Dept Po Box 5609 Greenville, TX 75403 | | 0.00 | NA | NA | 0.00 |
| | Us Dept Of Education Attn: Borrowers Service Dept Po Box 5609 Greenville, TX 75403 | | 0.00 | NA | NA | 0.00 |
| | Us Dept Of Education Attn: Borrowers Service Dept Po Box 5609 Greenville, TX 75403 | | 0.00 | NA | NA | 0.00 |
| | Us Dept Of Education Attn: Borrowers Service Dept Po Box 5609 Greenville, TX 75403 | | 0.00 | NA | NA | 0.00 |
| | Usdoe/glelsi Po Box 5609 Greenville, TX 75403 | | 10,447.00 | NA | NA | 0.00 |
| | Wells Fargo Attn: Bankruptcy MAC X2303-01A Po Box 41169 Des Moines, IA 50306 | | 25,437.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo Hm Mortgag 8480 Stagecoach Cir Frederick, MD 21701 | | 0.00 | NA | NA | 0.00 |
| 8 | American Infosource Lp As Agent For | 7100-000 | 5,232.00 | 5,426.85 | 5,426.85 | 1,957.67 |
| 6 | Aspire Resources Inc On Behalf | 7100-000 | 14,075.00 | 14,457.09 | 14,457.09 | 5,215.21 |
| 3 | Capital One N. A. | 7100-000 | 618.00 | 665.16 | 665.16 | 239.95 |
| 10 | Capital Recovery V, Llc | 7100-000 | 1,580.00 | 1,649.68 | 1,649.68 | 595.10 |
| 11 | Capital Recovery V, Llc | 7100-000 | 110.00 | 148.08 | 148.08 | 53.42 |
| 9 | Capital Recovery V, Llc | 7100-000 | 6,011.00 | 6,125.21 | 6,125.21 | 2,209.59 |
| 4 | Ecast Settlement Corporation, Assignee | 7100-000 | 1,312.00 | 1,365.02 | 1,365.02 | 492.41 |
| 5 | Ecast Settlement Corporation, Assignee | 7100-000 | 3,376.00 | 3,486.75 | 3,486.75 | 1,257.80 |
| 7 | Ecast Settlement Corporation, Assignee | 7100-000 | 7,175.00 | 7,263.79 | 7,263.79 | 2,620.32 |
| 12 | N. A. Capital One | 7100-000 | 2,074.00 | 2,145.48 | 2,145.48 | 773.96 |
| 2 | N. A. Capital One Bank (Usa) | 7100-000 | 2,843.00 | 2,937.29 | 2,937.29 | 1,059.59 |
| 1 | Sallie Mae | 7100-000 | NA | 19,386.19 | 19,386.19 | 7,100.46 |

UST Form 101-7-TDR (10/1/2010) (Page: 11)

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 13 | Us Dept Of Education | 7200-000 | 10,447.00 | 10,627.91 | 10,627.91 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 247,821.00 | $ 75,684.50 | $ 75,684.50 | $ 23,575.48 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 13-29184 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Ricky A Zoller | | | | Date Filed (f) or Converted (c): | 07/22/2013 (f) |
| | Colleen R Zoller | | | | 341(a) Meeting Date: | 08/13/2013 |
| For Period Ending: | 02/13/2019 | | | | Claims Bar Date: | 11/14/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 25440 Spring St. Mahattan Il 60442. Value Is Based On Sale | 187,000.00 | 0.00 | | 0.00 | FA |
| 2. 1060-1 Rt 12 Galien Michigan. Wife And Husband Each Have A | 48,000.00 | 48,000.00 | | 30,000.00 | FA |
| 3. Chase Checking Account | 2,500.00 | 0.00 | | 0.00 | FA |
| 4. Chase Savings | 300.00 | 0.00 | | 0.00 | FA |
| 5. Various Used Household Goods And Possessions | 3,000.00 | 2,141.00 | | 0.00 | FA |
| 6. Various Used Books And Pictures | 100.00 | 0.00 | | 0.00 | FA |
| 7. Various Used Clothes | 200.00 | 0.00 | | 0.00 | FA |
| 8. Various Used Costume Pieces And Wedding Rings | 1,000.00 | 0.00 | | 0.00 | FA |
| 9. Local #73 Pension | 0.00 | 0.00 | | 0.00 | FA |
| 10. 2010 Nissan Altima 4 Dr Sedan 2.5L. 40,000 Miles. Value Via | 10,643.00 | 0.00 | | 0.00 | FA |
| 11. 2009 Chevy Malibu Ls. 70,000 Miles. Valued Via Kbb On 6/20 | 6,998.00 | 0.00 | | 0.00 | FA |
| 12. 2008 Saturn Ion 2 4Dr. 100,000 Miles. Value Via Kbb On 6/2 | 2,166.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $261,907.00 | $50,141.00 | | $30,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Case inherited from M. Berland; Evaluating jointly-owned vacation real estate in Michigan. - Joji Takada 11/30/2014

Compromised with joint-owner re interest in Michigan vacation real estate; Joint-owner to make payments to estate in the amount of $30,000.00. - Joji Takada 4/7/2015

Joint-owner continuing to make installment payments. - Joji Takada 8/24/2015

Joint-owner continuing to make installment payments. - Joji Takada 11/30/2015

Settlement payments received; Accountant hired; Tax return pending - Joji Takada 6/24/2016

Tax returns filed; Awaiting 60 day prompt determination. - Joji Takada 11/20/2016

Resolving tax return issues. - Joji Takada 2/5/2017

Resolving tax return issues. - Joji Takada 7/1/2017

Prepare TFR. - Joji Takada 9/15/2017

TFR with UST review. - Joji Takada 12/15/2017

TFR approved; Checks issued. - Joji Takada 3/28/2018



Initial Projected Date of Final Report (TFR): 07/22/2016        Current Projected Date of Final Report (TFR): 12/30/2017

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 13-29184 | Trustee Name: | Joji Takada, Chapter 7 Trustee | |
| Case Name: | Ricky A Zoller | Bank Name: | Associated Bank | |
| | Colleen R Zoller | Account Number/CD#: | XXXXXX0049 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX2674 | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 02/13/2019 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/26/15 | 2 | Richard Sleboda | Installment payment re compromise of estate's interest in real estate | 1110-000 | $20,000.00 | | $20,000.00 |
| 04/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $19,990.00 |
| 04/28/15 | 2 | Richard Sleboda | Installment payment re compromise of Michigan real estate | 1110-000 | $1,000.00 | | $20,990.00 |
| 05/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.90 | $20,961.10 |
| 06/05/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $31.16 | $20,929.94 |
| 06/08/15 | 2 | Richard Sleboda | Installment Payment Installment re compromise of Michigan property | 1110-000 | $1,500.00 | | $22,429.94 |
| 07/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $31.76 | $22,398.18 |
| 07/10/15 | 2 | Richard Sleboda | Installment payment re compromise of rental real estate | 1110-000 | $2,000.00 | | $24,398.18 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.41 | $24,362.77 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $36.22 | $24,326.55 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.00 | $24,291.55 |
| 10/20/15 | 2 | Richard Sleboda | Installment Payment Compromise re Michigan real estate | 1110-000 | $1,000.00 | | $25,291.55 |

Page Subtotals: $25,500.00   $208.45

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 13-29184  
Case Name: Ricky A Zoller  
Colleen R Zoller  
Taxpayer ID No: XX-XXX2674  
For Period Ending: 02/13/2019  

Trustee Name: Joji Takada, Chapter 7 Trustee  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX0049  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $36.69 | $25,254.86 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $36.33 | $25,218.53 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $37.49 | $25,181.04 |
| 02/03/16 | 2 | Richard Sleboda | Proceeds from sale<br>Final installment re sale of right title and interest in Michigan real property | 1110-000 | $4,500.00 | | $29,681.04 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $37.44 | $29,643.60 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $40.79 | $29,602.81 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $44.01 | $29,558.80 |
| 12/23/16 | 1001 | Michigan Department of Treasury<br>Department 781041<br>PO Box 78000<br>Detroit, Michigan 48278-1041 | Tax payment<br>Bankruptcy estate income tax | 2810-000 | | $1,042.00 | $28,516.80 |
| 03/18/18 | 1002 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Final distribution per court order. | 2100-000 | | $3,750.00 | $24,766.80 |
| 03/18/18 | 1003 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Final distribution per court order. | 2200-000 | | $18.82 | $24,747.98 |
| 03/18/18 | 1004 | Callero and Callero LLP<br>7800 North Milwaukee Avenue<br>Niles, Illinois 60714<br>Attn: Ryan Matsui | Final distribution per court order. | 3410-000 | | $1,172.50 | $23,575.48 |

Page Subtotals: $4,500.00 $6,216.07

UST Form 101-7-TDR (10/1/2010) (Page: 16)

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 13-29184 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Ricky A Zoller | Bank Name: Associated Bank |
| Colleen R Zoller | Account Number/CD#: XXXXXX0049 |
| | Checking |
| Taxpayer ID No: XX-XXX2674 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 02/13/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/18/18 | 1005 | Sallie Mae<br>C/O Sallie Mae Inc.<br>220 Lasley Ave.<br>Wilkes-Barre, Pa 18706 | Final distribution per court order. | 7100-000 | | $7,100.46 | $16,475.02 |
| 03/18/18 | 1006 | N. A. Capital One Bank (Usa)<br>Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Final distribution per court order. | 7100-000 | | $1,059.59 | $15,415.43 |
| 03/18/18 | 1007 | Capital One N. A.<br>Capital One, N.A.<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Final distribution per court order. | 7100-000 | | $239.95 | $15,175.48 |
| 03/18/18 | 1008 | Ecast Settlement Corporation, Assignee Of Chase Bank Usa, N.A.<br>Pob 29262<br>New York, Ny 10087-9262 | Final distribution per court order. | 7100-000 | | $492.41 | $14,683.07 |
| 03/18/18 | 1009 | Ecast Settlement Corporation, Assignee Of Chase Bank Usa, N.A.<br>Pob 29262<br>New York, Ny 10087-9262 | Final distribution per court order. | 7100-000 | | $1,257.80 | $13,425.27 |
| 03/18/18 | 1010 | Aspire Resources Inc On Behalf Of Us Department Of Education<br>6775 Vista Drive<br>West Des Moines, Ia 50266 | Final distribution per court order. | 7100-000 | | $5,215.21 | $8,210.06 |
| 03/18/18 | 1011 | Ecast Settlement Corporation, Assignee Of Chase Bank Usa, N.A.<br>Pob 29262<br>New York, Ny 10087-9262 | Final distribution per court order. | 7100-000 | | $2,620.32 | $5,589.74 |
| 03/18/18 | 1012 | American Infosource Lp As Agent For Td Bank, Usa<br>Po Box 248866<br>Oklahoma City, Ok 73124-8866 | Final distribution per court order. | 7100-000 | | $1,957.67 | $3,632.07 |
| 03/18/18 | 1013 | Capital Recovery V, Llc<br>C/O Recovery Management Systems Corporat<br>25 Se 2Nd Avenue Suite 1120<br>Miami Fl 33131-1605 | Final distribution per court order. | 7100-000 | | $2,209.59 | $1,422.48 |

| | | | Page Subtotals: | | $0.00 | $22,153.00 |
|---|---|---|---|---|---|---|

UST Form 101-7-TDR (10/1/2010) *(Page: 17)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 13-29184 |
| Case Name: | Ricky A Zoller |
| | Colleen R Zoller |
| Taxpayer ID No: | XX-XXX2674 |
| For Period Ending: | 02/13/2019 |

| | |
|---|---|
| Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Bank Name: | Associated Bank |
| Account Number/CD#: | XXXXXX0049 |
| | Checking |
| Blanket Bond (per case limit): | $5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/18/18 | 1014 | Capital Recovery V, Llc<br>C/O Recovery Management Systems Corporat<br>25 Se 2Nd Avenue Suite 1120<br>Miami Fl 33131-1605 | Final distribution per court order. | 7100-000 | | $595.10 | $827.38 |
| 03/18/18 | 1015 | Capital Recovery V, Llc<br>C/O Recovery Management Systems Corporat<br>25 Se 2Nd Avenue Suite 1120<br>Miami Fl 33131-1605 | Final distribution per court order. | 7100-000 | | $53.42 | $773.96 |
| 03/18/18 | 1016 | N. A. Capital One<br>Capital One, N.A.<br>Po Box 12907<br>Norfolk, Va 23541 | Final distribution per court order. | 7100-000 | | $773.96 | $0.00 |
| 05/02/18 | | Aspire Resources Inc On Behalf Of Us Department Of Education<br>6775 Vista Drive<br>West Des Moines, Ia 50266. | Return of Funds to Trustee Student loan balance less than claimed; Excess funds returned to Trustee; Communicated with creditor to amend/withdraw claim; Proof of claim remained as filed/unamended even after communication; Remit funds to court. | 7100-000 | | ($5,215.21) | $5,215.21 |
| 06/06/18 | 1017 | US Bankruptcy Court Clerk<br>219 South Dearborn<br>Chicago, Illinois 60604 | Unclaimed Funds<br>Claim 6 | 7100-000 | | $5,215.21 | $0.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $30,000.00 | $30,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $30,000.00 | $30,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $30,000.00 | $30,000.00 |

Page Subtotals: $0.00   $1,422.48

UST Form 101-7-TDR (10/1/2010) *(Page: 18)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0049 - Checking | $30,000.00 | $30,000.00 | $0.00 |
|  | $30,000.00 | $30,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $30,000.00 |
| Total Gross Receipts: | $30,000.00 |

Page Subtotals:    $0.00    $0.00